NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**REVOLUTION EYEWEAR, INC.,**

*Plaintiff/Counterclaim Defendant-Appellee,*

*and*

*GARY MARTIN ZELMAN,*

*Counterclaim Defendant-Appellee,*

**v.**

**ASPEX EYEWEAR, INC. and NONU IFERGAN,**

*Defendants/Counterclaimants-Appellants.*

---

2010-1029

---

Appeal from the United States District Court for the Central District of California in Case No. 03-CV-5965, Judge Philip S. Gutierrez.

---

**JUDGMENT**

---

R. JOSEPH TROJAN, Trojan Law Offices, of Beverly Hills, California, argued for plaintiff/counterclaim defendant-appellee and counterclaim defendant-appellee.

MICHAEL A. NICODEMA, Greenberg Traurig, LLP, of New York, New York, argued for defendants/counterclaimants-appellants.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MAYER, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

 July 21, 2010                     /s/ Jan Horbaly
Date                                Jan Horbaly
                                      Clerk